GEORGE F. McCUTCHEON, JR. v. TOWNSHIP OF CLARK.

May 6, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. GREGORY ROWE

May 6, 1975. Petition for certification denied.

ANGCO COMPANY v. JOSEPH J. MESSINA.

May 6, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES HUNDLEY.

May 6, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. TIMOTHY SEARLES.

May 6, 1975. Petition for certification denied.

JEAN BLAIR GREENE v. ARTHUR V. GREENE.

May 6, 1975. Petition for certification denied.